IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:06-CR-49-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TRAVIS DEWAUN LEE, | ) | |
| Defendant | ) | |

This matter is before the court on defendant's pro se motion for early termination of supervised release (DE 59). No response has been filed, and the time for response has expired. The court obtained additional information from the probation office related to this motion, and the probation office does not oppose early termination under the circumstances of this case. Defendant began supervised release on October 30, 2015; he has maintained full-time employment, married, and was twice granted permission to travel; he has no infractions while on supervised release; and he has made payments towards his financial obligations in coordination with the probation office. Accordingly, for good cause shown, defendant's motion is GRANTED.

SO ORDERED, this the 30th day of August, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge